## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DANNY WALLACE, LEONARD MURRY,  :
ROBERT DYKES, and SARAH HARE,     :
                                  :

    Plaintiffs,                :
                                  :

vs.                           :  CIVIL ACTION 08-647-CG-M
                                  :

SHERIFF JAMES LOVETT and       :
CHOCTAW COUNTY COMMISSION, and :
SHERIFF DONALD LOLLEY,        :
                                  :

    Defendants.              :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant Donald Lolley's Motion to Dismiss is **GRANTED** and that Defendant Donald Lolley is hereby **DISMISSED** from this action.

**DONE and ORDERED** this 2nd day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE